MICHAEL D. WARCHOL v. AUTO WAREHOUSES, INC.

January 29, 1976. Petition for certification denied.

THOMAS S. WATSON, JR. v. DIVISION OF PENSIONS.

January 29, 1976. Petition for certification denied.

CHARLES SUTTON v.
CRESTMONT SAVINGS & LOAN ASSOCIATION.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WELTON BANKS.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. VICKI BLEW.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ABERNATHY.

January 29, 1976. Petition for certification denied. (See 137 *N. J. Super.* 306).